```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11347
   DANIEL J DICARLO
   DAWN M DICARLO                            CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4621     SSN XXX-XX-1686

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/11/2006 and was confirmed 11/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.00%.

     The case was dismissed after confirmation 09/08/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
AMERICA'S SERVICING COMP  CURRENT MORTG        .00            .00            .00
AMERICA'S SERVICING COMP  MORTGAGE ARRE    4946.21            .00        1534.95
GMAC                      SECURED          8997.95        1159.31        3049.68
INTERNAL REVENUE SERVICE  PRIORITY         3703.92            .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY       NOT FILED            .00            .00
CAPITAL ONE               UNSECURED         699.38            .00            .00
ASPIRE                    UNSECURED        1077.08            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         685.02            .00            .00
PREMIER BANKCARD          UNSECURED         399.42            .00            .00
PREMIER BANKCARD          UNSECURED         329.51            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         721.20            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         649.76            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         986.44            .00            .00
CAPITAL ONE               UNSECURED        5455.98            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         951.42            .00            .00
B-LINE/APPLIED CARD BANK  UNSECURED        1190.07            .00            .00
B-LINE/APPLIED CARD BANK  UNSECURED         639.08            .00            .00
MERRICK BANK              UNSECURED        1404.19            .00            .00
MERRICK BANK              UNSECURED         981.01            .00            .00
GMAC                      UNSECURED      NOT FILED            .00            .00
AMERICAS SERVICING CO     NOTICE ONLY    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         673.00            .00            .00
MARTIN J OHEARN           DEBTOR ATTY     2,000.00                      2,000.00
TOM VAUGHN                TRUSTEE                                         556.06
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 8,300.00


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 11347 DANIEL J DICARLO & DAWN M DICARLO
```

```
PRIORITY                                                             .00
SECURED                                                         4,584.63
    INTEREST                                                    1,159.31
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,000.00
TRUSTEE COMPENSATION                                              556.06
DEBTOR REFUND                                                        .00
                                      ---------------    ---------------
TOTALS                                      8,300.00           8,300.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 06 B 11347 DANIEL J DICARLO & DAWN M DICARLO